USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-21-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

**ORDER**

**20-CR-115 (ALC)**

-against-

Ronald Soriano,

        Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Bail Appeal Hearing is scheduled for **February 26, 2020** at **3:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
       February 21, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE