USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7-12-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    20 Cr. 115 (ALC)

                                             **ORDER**

                    -against-

Jose Reico-Rondon et al ,

                    Defendants.,
----------------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

       The July 13, 2021 status conference is adjourned.   The parties shall file a joint status report on or before August 27, 2021.

       Accordingly, it is ORDERED: the time from July 13, 2021 through August 27, 2021  is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      July 12, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE