

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2021

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/21
```

    Re:    United States v. Recio-Rondon, et al.,
           20 Cr. 115 (ALC)

Dear Judge Carter:

    The Government writes on behalf of the parties to request an exclusion of time until November 5, 2021, on which date the Government will submit to the Court a status update on behalf of the parties regarding further proceedings in this matter. Time is not currently excluded under the Speedy Trial Act.

    Exclusion of time is warranted given that there is a pending motion for reconsideration before the Court, that no trial date has yet been calendared, and that the parties are still contemplating and discussing pre-trial dispositions. All defense counsel have either consented to the exclusion of time, or have voiced no objection.

The application is **GRANTED.** Joint status report due 11/5/21. Time excluded from 9/29/21 to 11/5/21.
So Ordered.
*/s/ Andrew L. Carter* 9/29/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:    /s/   _____
     Sarah Mortazavi
     Jacob Gutwillig
     Assistant United States Attorneys
     (212) 637-2520/2215

cc: All Counsel via ECF