**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                  **-against-**

**JOSE RECIO-RONDON, ET AL..**

                       **Defendants.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/12/2022___

**1:20-CR-115 (ALC)**

**ORDER REQUESTING**
**JOINT STATUS REPORT**

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby **ORDERED** to file a joint status report no later than close of business on **January 19, 2022** confirming with me that all parties are prepared to proceed with trial on February 2, 2022.

**SO ORDERED.**

Dated:      **January 12, 2022**
           New York, New York

                                    **ANDREW L. CARTER, JR.**

                                      United States District Judge