```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-25-22
```

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**
                              20-CR-115 (ALC)

-against-

Ronald Soriano et al,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Final Pre-Trial Conference scheduled for January 31, 2022 is cancelled.

**SO ORDERED.**

Dated: New York, New York
       January 25, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE