UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-23-22
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

RONALD SORIANO,

                Defendant.

20-CR-115 (ALC)

**ORDER**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **March 29, 2022** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
             March 23, 2022

                                  _____
                                  ANDREW L. CARTER, JR.
                                  United States District Judge