USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3-29-22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                        :
                                                 :
                              Plaintiff,         :
                                                 :          20-CR-115 (ALC)
              -against-                          :
                                                 :          <u>ORDER</u>
RONALD SORIANO,                                  :
                                                 :
                              Defendant.         :
                                                 :
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Telephone Change of Plea Hearing is set for **March 31, 2022** at **10:30 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.   Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
           March 29, 2022

ANDREW L. CARTER, JR.
United States District Judge