**MEMO ENDORSED**

# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/16/22

June 8, 2022

**VIA ECF ONLY**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

       Re: United States v. Recio-Rondon, et al.,
          20 Cr. 115 (ALC)

Dear Judge Carter:

       This office represents Ronald Soriano, a defendant in the above referenced matter, which is on for sentencing on June 30, 2022. We write to request a 30–45-day adjournment of the sentence for the following reason(s): (i) the pre-sentence interview has not taken place, as I was engaged in a homicide trial for five weeks in the Bronx (People v. Angel Montanez, Ind.# 1431-2019), during which time I was unable to attend to the scheduled pre-sentence interview of my client Ronald Soriano.

       I have advised the Government, and AUSA Jacob Gutwillig does not object to this request.

       The Court's consideration of this request is respectfully appreciated.

                      Yours truly,

                      *John Russo*
                      John L. Russo

JLR:mn

Cc:  Jacob Gutwillig (ECF)

The application is **GRANTED.**  Sentencing adjourned to July 7, 2022 at 2 p.m.
So Ordered.

*Andrew L. Carter*
6/16/22