UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                -against-

Ronald Soriano,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-23-22

**ORDER**
20-CR-115 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The July 7, 2022 sentencing is adjourned to **October 13, 2022** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 23, 2022

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE