*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/11/22__

September 26, 2022

VIA ECF ONLY
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Recio-Rondon, et al.,
         20 Cr. 115 (ALC)

Dear Judge Carter:

    This office represents Ronald Soriano, a defendant in the above referenced matter, which is on for sentencing on October 13, 2022. We write to request a 45-60 day adjournment of the sentence for the following reason(s): (i) the draft pre-sentence was received by this office on September 8th and has not yet been fully reviewed for content, accuracy or correction by Mr. Soriano or counsel; and (ii) a final PSR has therefore not been published.

    I have advised the Government and they do not object to this request. The Court's consideration of this request is respectfully appreciated.

                                Yours truly,

                                *John Russo*

                                John L. Russo

JLR:mn
Cc: AUSA Ssarah Mortazavi (ECF)
     AUSA Jacob Gutwilig (ECF)

The application is **GRANTED.** Sentencing adjourned to 12/13/22 at 2 p.m. So Ordered.

*Andrew L. Carter* 10/11/22