**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/23

January 24, 2023

**VIA ECF ONLY**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Recio-Rondon, et al.,
          20 Cr. 115 (ALC)

Dear Judge Carter:

    This office represents Ronald Soriano, a defendant in the above referenced matter, which is on for sentencing on January 31, 2023 at 4:30. **We write to request a 14 day adjournment of sentencing because my client still has some questions and concerns with the PSR which he wants to review in person with me.** Mr. Soriano has asked that I **meet again** with him in person to discuss his remaining questions and concerns. As I have numerous matters – both professional and personal – which is is limiting my available time, the requested adjournment is needed.

    I have advised the Government and AUSA Mortazavi does not object to this request. **The Court's consideration is respectfully appreciated.**

                Yours truly,

                *John Russo*

                John L. Russo

JLR:mn
Cc: AUSA Sarah Mortazavi (ECF)
     AUSA Jacob Gutwilig (ECF)

The application is **GRANTED**. The sentencing is adjourned to 2/14/23 at 2:00 p.m. So Ordered.

*[Signature: Andrew L. Carter]*
1/25/23